# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1562

_____

|                              |   |                              |
|------------------------------|---|------------------------------|
| United States of America,    | * |                              |
|                              | * |                              |
| Appellee,                    | * |                              |
|                              | * | Appeal from the United States |
| v.                           | * | District Court for the        |
|                              | * | Western District of Arkansas. |
| Joshua A. Zardin,            | * |                              |
|                              | * | [UNPUBLISHED]                |
| Appellant.                   | * |                              |

_____

Submitted: July 16, 1999
Filed: July 22, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Joshua A. Zardin appeals the district court's[1] denial of his motion to suppress. After careful review of the record and the parties' submissions, we agree with the district court that the alleged "nighttime" search does not offend the Fourth Amendment, and that Zardin's attack on the search warrant based on Federal Rule of

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

Criminal Procedure 41(a) fails because the search itself was not "federal." Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.